IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN J. VEATCH, JR., | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:05-CV-1075-M |
| | § | |
| BOHAC MORTGAGE HOLDINGS, | § | |
| L.P., and LIBERTY BANKERS LIFE | § | |
| INSURANCE CO., | § | |
| | § | |
| Defendants. | § | |

**ORDER TO SHOW CAUSE**

Plaintiff filed the above-referenced case on May 24, 2005, and it has been more than 120 days since the filing of the Plaintiff's complaint. Plaintiff has failed to file a valid return of service on Defendants Bohac Mortgage Holdings, L.P., and Liberty Bankers Life Insurance Company. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is subject to dismissal without further notice. The Court hereby puts Plaintiff on notice that this action will be dismissed for failure to file a valid return of service.

Accordingly, by **October 18, 2005**, Plaintiff shall file a valid return of service as to Defendants or show good cause **in writing** why service cannot be made, or this action will be dismissed without further notice for failure to prosecute.

**SO ORDERED**.

September 30, 2005.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS