**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 27 2005

| | | |
|---|---|---|
| JOHN J. VEATCH, JR., | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:05-CV-1075-M |
| | § | |
| BOHAC MORTGAGE HOLDINGS, | § | |
| L.P., and LIBERTY BANKERS LIFE | § | |
| INSURANCE CO., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On September 30, 2005, this Court ordered Plaintiff to file a valid return of service on Defendants, or show good cause in writing as to why service could not be made, by October 18, 2005. Plaintiff has not done so. Therefore, the Court **DISMISSES** the case for want of prosecution

**SO ORDERED**.

October 27, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

# CASE CLOSED

**CASE NUMBER:** 3:05-CV-1075-M

**DATE:** 10/27/05

**TRIAL: YES \_\_\_\_  NO  X**